[No. 68809-0-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JORELL AVERY HICKS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-02036-8, Bruce I. Weiss, J., entered May 4, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 68829-4-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LITTERTORY DEANDRE MCCALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04263-2, Carol A. Schapira, J., entered May 4, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Schindler, JJ.

[No. 68854-5-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK CARL TURK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01132-6, Michael T. Downes, J., entered May 8, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Verellen, JJ.

[No. 68926-6-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS-JAMES DONALD ARTHUR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01676-0, Michael T. Downes, J., entered May 14, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Verellen, JJ.